1  Todd M. Friedman (SBN 216752)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2  21550 Oxnard St. Suite 780,
3  Woodland Hills, CA 91367
   Phone: 877-206-4741
4  Fax: 866-633-0228
5  tfriedman@toddflaw.com
   *Attorneys for Plaintiff*
6

7              **UNITED STATES DISTRICT COURT**
8              **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  S.C., individually and on behalf of all others similarly situated, | ) Case No. 8:20-cv-01370-CJC-KESx |
| 11 | ) |
| 12              Plaintiff, | ) STIPULATION TO LIFT STAY, RESET BRIEFING DEADLINES AND HEARING |
| 13 | ) |
| 14  v. | ) [[Proposed] Order Lodged Concurrently Herewith] |
| 15 | ) |
| 16  BUDDI US LLC, BUDDI LTD., MONITORING PARTNERS LIMITED, and DOES 1-10, inclusive, | ) HON. CORMAC J. CARNEY |
| 17 | ) |
| 18              Defendants. | ) |
| 19 | ) |
| 20  BUDDI US LLC and BUDDI LTD, | ) |
| 21              Cross-Complainants, | ) |
| 22  v. | ) |
| 23  LIBRE BY NEXUS, INC., NEXUS SERVICES, INC., and ROES 1-10, inclusive, | ) |
| 24 | ) |
| 25              Cross-Defendants. | ) |
| 26 | |

27
28

## STIPULATION

Plaintiff S. C., individually and on behalf of all others similarly situated ("Plaintiff"), Defendants BUDDI US LLC and BUDDI LTD ("Defendants") and Cross-Defendants LIBRE BY NEXUS, INC. and NEXUS SERVICES, INC. ("Cross-Defendants") hereby stipulate and agree that good cause exists to lift the stay and reset the briefing and hearing dates on Cross-Defendants' Motion to Dismiss.

WHEREAS, on November 11, 2021, the Parties stipulated to vacate the outstanding trial dates pending resolution of the pleadings on the crossclaim between Defendants and Cross-Defendants [Dkt. 84];

WHEREAS, the Court granted such stipulation on November 12, 2021 [Dkt. 85];

WHEREAS, Cross-Defendants filed their Motion to Dismiss Defendants' First Amended Cross-Complaint on December 15, 2021 [Dkt. 89];

WHEREAS, the Parties fully briefed the Motion;

WHEREAS, on January 26, 2022, the Court ordered supplemental briefing by Cross-Defendants by February 7, 2022 and Defendants by February 18, 2022 on the issue of indemnity and contribution for statutory claims, with the hearing reset for March 7, 2022 [Dkt. 92];

WHEREAS, thereafter, the matter was stayed while Cross-Defendants resolved a franchise tax board issue and retained new counsel [Dkt. 95];

WHEREAS, with those issues resolved, it is now appropriate for the Court to lift the stay and reset the supplemental briefing and hearing schedule;

WHEREAS, Cross-Defendants and Defendants will be engaged in a trial the week of September 19, 2022 in their litigation in Florida;

WHEREAS, the Parties request the briefing and hearing date be reset as follows:

| | |
|---|---|
| Cross-Defendants' Supplemental Briefing | October 7, 2022 |
| Defendants' Supplemental Briefing | October 18, 2022 |
| Hearing | November 7, 2022 at 1:30 p.m. |

WHEREAS, GOOD CAUSE EXISTS, to grant the Parties stipulation to lift the stay and resume litigation;

WHEREAS, this stipulation is made for good cause and not for the purpose of delay.

Respectfully Submitted,

Dated: August 15, 2022       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:/s/ Ian A. Stewart
   Ian A. Stewart
   Valeria Granata
Attorneys for Defendants/Cross-Claimants

Dated: August 15, 2022       LAW OFFICES OF TODD FRIEDMAN

/s Todd Friedman
Todd Friedman, Esq.
Adrian R. Bacon, Esq.
Attorney for Plaintiff

Dated: August 15, 2022

By:/s/ Carl A. Anderson (pro hac vice)
Carl A. Anderson
Attorneys for Cross-Defendants

- 3 -
STIPULATION TO LIFT STAY, RESET BRIEFING DEADLINES AND HEARING

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated**:** August 15th, 2022        **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd Friedman
   Todd Friedman, Esq.
   Attorneys for Plaintiff

Filed electronically on this 15th Day of August, 2022, with:

United States District Court CM/ECF system

Notification sent electronically on this 15th Day of August, 2022, to:

Honorable Judge Cormac J. Carney
United States District Court
Central District of California

And all Counsel of Record on ECF.

s/Todd M. Friedman
Todd M. Friedman