JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUDDI US LLC, BUDDI LTD., MONITORING PARTNERS LIMITED, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>BUDDI US LLC and BUDDI LTD,<br><br>Cross-Complainants,<br>v.<br><br>LIBRE BY NEXUS, INC., NEXUS SERVICES, INC., and ROES 1-10, inclusive,<br><br>Cross-Defendants. | Case No. 8:20-cv-01370-CJC-KESx<br><br>ORDER GRANTING STIPULATION TO LIFT STAY, RESET BRIEFING DEADLINES AND HEARING<br><br>HON. CORMAC J. CARNEY |

**IT IS HEREBY ORDERED,** good cause appearing, that:

ORDER

1. The stay [Dkt. 95] is lifted and deadlines set forth in the Court's Order [Dkt. 92] are reset as follows:

| | |
|---|---|
| Cross-Defendants' Supplemental Briefing | October 7, 2022 |
| Defendants' Supplemental Briefing | October 18, 2022 |
| Hearing | **November 7, 2022 at 1:30 p.m.** |

Dated: August 15, 2022

By: _____
Hon. Cormac J. Carney

United States District Judge