| | |
|---|---|
| 1 | DANIEL HOROWITZ |
| 2 | Attorney at Law<br>P.O. Box 1547 |
| 3 | Lafayette, California 94549 |
| 4 | (925) 283-1863<br>Horowitz57@gmail.com |
| 5 | Practice Administrator for Michael Hassen / Reallaw APC |

*UNITED STATES DISTRICT COURT*

*FOR THE CENTRAL DISTRICT OF CALIFORNIA*

S.C.

    Plaintiff,

vs.

BUDDI US LLC et al.

    Defendants.

._____/

Case No.: 8:20-cv-01370-CJC-KES

**NOTICE OF DEATH OF MICHAEL HASSEN**

    Daniel Horowitz as Practice Administrator for Michael J. Hassen / Reallaw APC hereby gives notice that Michael J. Hassen died on October 25, 2022 (See Exhibit 1, Death Certificate). On November 21, 2022, the Superior Court, County of Contra Costa appointed Daniel Horowitz as Practice Administrator. (See Exhibit 2)

    Upon review of the Court docket on PACER it appears S.C. was Michael J. Hassen and Reallaw APC's sole client in this matter and that said client has other counsel to continue its representation. Therefore, absent a Court Order or instruction to the contrary, this Practice Administrator will deem this case closed as to Michael J. Hassen and Reallaw APC.

_____2_____
**8:20-cv-01370-CJC-KES**
**Notice of Death of Michael J. Hassen**

1  On behalf of Michael Hassen and Reallaw APC, I request that the Court Order that a lien
2  for costs and fees be placed upon any sum recovered as attorney's fees in this action and that
3  subject to a Court Order, that a fair and reasonable sum be paid to Reallaw APC.

5  Dated: December 20, 2022

                                              Daniel Horowitz
                                              Practice Administrator

**EXHIBIT 1**

(Death Certificate)

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF CONTRA COSTA
MARTINEZ, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052022247259
LOCAL REGISTRATION NUMBER: 3202207006893

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST (Given): MICHAEL
- 2. MIDDLE: JOHN
- 3. LAST (Family): HASSEN
- AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
- 4. DATE OF BIRTH mm/dd/ccyy: 01/29/1962
- 5. AGE Yrs.: 60
- IF UNDER ONE YEAR: Months / Days
- IF UNDER 24 HOURS: Hours / Minutes
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: OK
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES? YES [ ] NO [X] UNK [ ]
- 12. MARITAL STATUS/SRDP (at Time of Death): MARRIED
- 7. DATE OF DEATH mm/dd/ccyy: 10/25/2022
- 8. HOUR (24 Hours): 0232
- 13. EDUCATION – Highest Level/Degree: PROFESSIONAL
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? YES [ ] NO [X]
- 16. DECEDENT'S RACE – Up to 3 races may be listed: CAUCASIAN
- 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: ATTORNEY
- 18. KIND OF BUSINESS OR INDUSTRY: LAW
- 19. YEARS IN OCCUPATION: 35

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE (Street and number, or location): 2460 WARREN ROAD
- 21. CITY: WALNUT CREEK
- 22. COUNTY/PROVINCE: CONTRA COSTA
- 23. ZIP CODE: 94595
- 24. YEARS IN COUNTY: 42
- 25. STATE/FOREIGN COUNTRY: CA

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: CANDICE DEVISSER, WIFE
- 27. INFORMANT'S MAILING ADDRESS: 2460 WARREN ROAD, WALNUT CREEK, CA 94595

### SPOUSE/SRDP AND PARENT INFORMATION
- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: CANDICE
- 29. MIDDLE: RAYANNA
- 30. LAST (BIRTH NAME): DEVISSER
- 31. NAME OF FATHER/PARENT – FIRST: ANEECE
- 32. MIDDLE: -
- 33. LAST: HASSEN
- 34. BIRTH STATE: TX
- 35. NAME OF MOTHER/PARENT – FIRST: SELNA
- 36. MIDDLE: -
- 37. LAST (BIRTH NAME): ALFAQIH
- 38. BIRTH STATE: LEBANON

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- 39. DISPOSITION DATE mm/dd/ccyy: 10/28/2022
- 40. PLACE OF FINAL DISPOSITION: RES. CANDICE DEVISSER 2460 WARREN ROAD, WALNUT CREEK, CA 94595
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: ▶ NOT EMBALMED
- 43. LICENSE NUMBER: -
- 44. NAME OF FUNERAL ESTABLISHMENT: HULL'S WALNUT CREEK CHAPEL
- 45. LICENSE NUMBER: FD250
- 46. SIGNATURE OF LOCAL REGISTRAR: ▶ ORI TZVIELI, MD
- 47. DATE mm/dd/ccyy: 10/27/2022

### PLACE OF DEATH
- 101. PLACE OF DEATH: JOHN MUIR MEDICAL CENTER-WALNUT CREEK CAMPUS
- 102. IF HOSPITAL, SPECIFY ONE: IP [X] ER/OP [ ] DOA [ ]
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other [ ]
- 104. COUNTY: CONTRA COSTA
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 1601 YGNACIO VALLEY ROAD
- 106. CITY: WALNUT CREEK

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: MULTI ORGAN FAILURE — Time Interval: (AT) DAYS
  - (B): METASTATIC COLON CANCER — (BT) YRS
  - (C): — (CT)
  - UNDERLYING CAUSE: — (DT)
- 108. DEATH REPORTED TO CORONER? YES [ ] NO [X]
- 109. BIOPSY PERFORMED? YES [ ] NO [X]
- 110. AUTOPSY PERFORMED? YES [ ] NO [X]
- 111. USED IN DETERMINING CAUSE? YES [ ] NO [ ]
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: NONE
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? NO
- 113A. IF FEMALE, PREGNANT IN LAST YEAR? YES [ ] NO [X] UNK [ ]

### PHYSICIAN'S CERTIFICATION
- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- 115. SIGNATURE AND TITLE OF CERTIFIER: ▶ RAMI FASHEH, MD
- 116. LICENSE NUMBER: A115812
- 117. DATE mm/dd/ccyy: 10/27/2022
- Decedent Attended Since (A): 09/30/2022
- Decedent Last Seen Alive (B): 10/25/2022
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: RAMI FASHEH, MD 1601 YGNACIO VALLEY ROAD, WALNUT CREEK, CA 94598

### CORONER'S USE ONLY
- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- MANNER OF DEATH: Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined [ ]
- 120. INJURED AT WORK? YES [ ] NO [ ] UNK [ ]
- 121. INJURY DATE mm/dd/ccyy:
- 122. HOUR (24 Hours):
- 123. PLACE OF INJURY:
- 124. DESCRIBE HOW INJURY OCCURRED:
- 125. LOCATION OF INJURY:
- 126. SIGNATURE OF CORONER / DEPUTY CORONER:
- 127. DATE mm/dd/ccyy:
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:

STATE REGISTRAR: A B C D E

FAX AUTH.#    CENSUS TRACT



**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Contra Costa County Department of Health Services.

DATE ISSUED: 10/31/2022

000034535



ORI TZVIELI, MD
HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

1 | **EXHIBIT 2**
2 | (Order re: Practice Administrator)
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

NATHAN D. PASTOR (SBN 299235)
CHRISTINA P. TANTI (SBN 331188)
**PASTOR LAW GROUP, PC**
nathan@nathanpastor.com
2033 N. Main St., Ste 750
Walnut Creek, CA 94596
Telephone:   (925) 322-1012
Facsimile:    (925) 322-6320

Attorneys for Candice DeVisser,
Special Administrator



FILED
NOV 21 2022
K. BIEKER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____
D. Wagner Deputy Clerk

D. WAGNER

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF CONTRA COSTA

| | |
|---|---|
| In re the Estate of:<br><br>MICHAEL JOHN HASSEN,<br><br>                          Decedent. | Case No. MSP22-01782<br><br>**ORDER GRANTING EX PARTE PETITION FOR ORDER APPOINTING PRACTICE ADMINISTRATOR (PROBATE CODE §9764/§17200, BUSINESS & PROFESSIONS CODE §6185)**<br><br>Date: 11/21/2022 – EX PARTE<br>Time: EX PARTE<br>Dept: |

Petitioner, Candice DeVisser, surviving spouse and special administrator of the Estate of Michael J. Hassen (hereafter referred to as Decedent or Deceased Licensee), having filed her Ex Parte Petition for Order Appointing Practice Administrator. The Court, having read and considered the pleadings, hereby orders as follows.

It is hereby **ORDERED**:

    1.    Daniel Horowitz (SBN 92400) is appointed as Practice Administrator for Michael John Hassen.

    2.    Daniel Horowitz, as Practice Administrator, is granted the power to do the

1

following:

A. Take control of all operating and client trust accounts, business assets, equipment, client directories, and premises that were used in the conduct of the Deceased Licensee's practice.
B. Take control and review all client files of the Deceased Licensee.
C. Contact each client of the Deceased Licensee who can be reasonably ascertained and located to inform the client of the death of the Deceased Licensee and of the appointment of a Practice Administrator. The Practice Administrator may discuss various options for the selection of successor counsel with the client.
D. In each case that is pending before any court or administrative body, notify the appropriate court or administrative body and contact opposing counsel in the cases under the control of the Deceased Licensee and obtain additional time for new counsel to appear for the affected client.
E. Determine the liabilities of the practice and pay them from the assets of the practice. If the assets of the practice are insufficient to pay these obligations or for the expenses incurred by the Practice Administrator to carry out the powers ordered under Business and Professions Code §6185, the Practice Administrator must apply to the personal representative to obtain the additional funds that may be required. If the personal representative and the Practice Administrator are unable to agree on the amount that is necessary for the Practice Administrator to undertake the duties ordered under this paragraph, either party may apply to the court having jurisdiction over the estate of the Deceased Licensee for an order requesting funds from the estate.
F. Employ any person, including but not limited to the employees of the Deceased Licensee, who may be necessary to assist the Practice Administrator in the management, winding up, and disposal of the practice.
G. Create a plan for disposition of the practice of the Deceased Licensee to protect its value as an asset of the estate of the Deceased Licensee, and, subject to the approval of the personal representative of the estate, agree to the sale of the practice and its goodwill.
H. Subject to the approval of the personal representative of the estate, reach agreements with successor counsel for division of fees for work in process on the cases of the Deceased Licensee.
I. Subject to the prohibitions against soliciting cases, act as successor counsel for a client of the Deceased Licensee.

3. As Practice Administrator, Daniel Horowitz shall post bond in the amount of $1,000,000.00.

4. Notice of hearing on this petition is dispensed with.

Dated: 11/21/2022



Hon. Virigina M. George
Judge of the Superior Court

This document is a correct copy of the original on file in this office.

ATTEST: NOV 22 2022

D. WAGNER



ORDER GRANTING EX PARTE APPLICATION FOR ORDER APPOINTING PRACTICE ADMINISTRATOR