# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 20-01370-CJC (KESx)    Date:  January 10, 2024

Title: S.C. v. BUDDI US LLC, *et al.*

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On October 18, 2023, Plaintiff filed a Notice of Settlement informing the Court that "this case has settled on a class-wide basis." (Dkt. 132.) Plaintiff asked the Court to "allow sixty (60) days with which to file the Motion for Preliminary Approval of a Class Settlement." (*Id.*) After sixty days passed with no responsive filing, the Court ordered the parties "to file a joint status report describing the status of the settlement and setting forth date by which Plaintiff will file a motion for preliminary approval." (Dkt. 133.) Two and a half weeks later, the parties have filed nothing. Accordingly, the Court **ORDERS** Plaintiff to show cause in writing by **January 17, 2024** why this case should not be dismissed for lack of prosecution. The filing of a joint status report describing the status of the settlement and setting forth date by which Plaintiff will file a motion for preliminary approval by that date will discharge this order to show cause.

cb

MINUTES FORM 11
CIV-GEN                                                                                         Initials of Deputy Clerk RRP