Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BUDDI US LLC, BUDDI LTD., MONITORING PARTNERS LIMITED, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:20-cv-01370-CJC-KES <br><br> JOINT STATUS REPORT IN RESPONSE TO ORDER TO SHOW CAUSE <br><br> **Hon. Cormac J. Carney** |
| BUDDI US LLC and BUDDI LTD, <br><br> Cross-Complainants, <br> v. <br> LIBRE BY NEXUS, INC., NEXUS SERVICES, INC., and ROES 1-10, inclusive, <br><br> Cross-Defendants. | |

Plaintiff S. C., individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants BUDDI US LLC and BUDDI LTD ("Defendants") hereby submit a Joint Status Report in Response to the Court's Order to Show Cause for Lack of Prosecution. [Dkt. 134].

On October 18, 2023, Plaintiff filed a Notice of Settlement on a class-wide basis. [Dkt. 134]. At the time, Plaintiff's counsel believed that it would only need sixty days to file a Motion for Preliminary Approval of a Class Settlement.

Since that time, Plaintiff's counsel has worked on a final agreement, class notice, opt-out form, "long-form" class notice, as well as the preliminary approval documents. However, due to the press of business, Plaintiff's counsel has been unable to finalize each of these documents as outlined in the attached Declaration of Adrian R. Bacon. Plaintiff's counsel requests that the Court excuse this delay.

The Parties expect to file a Motion for Preliminary Approval by no later than February 9, 2024. As such, Plaintiff's counsel respectfully requests that the Court discharge the order to show cause for lack of prosecution.

Respectfully Submitted,

Dated: January 11, 2024    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Ian A. Stewart
  Ian A. Stewart
  Valeria Granata
Attorneys for Defendants/Cross-Claimants

Dated: January 11, 2024    LAW OFFICES OF TODD FRIEDMAN

 /s Adrian R. Bacon
Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Attorney for Plaintiff

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendants and Cross-Defendants and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: January 11th, 2024　　　　　**Law Offices of Todd M. Friedman, P.C.**

　　　　　　　　　　　　　　　　　　By: /s/ Adrian R. Bacon
　　　　　　　　　　　　　　　　　　　　Adrian R. Bacon, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Filed electronically on this 11th Day of January, 2024, with:

United States District Court CM/ECF system

Notification sent electronically on this 11th Day of January, 2024, to:

Honorable Judge Cormac J. Carney
United States District Court
Central District of California

And all Counsel of Record on ECF.

s/Todd M. Friedman
Todd M. Friedman

JOINT STATUS REPORT IN RESPONSE TO ORDER TO SHOW CAUSE