UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| S.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUDDI US LLC, BUDDI LTD., MONITORING PARTNERS LIMITED, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01370-CJC-KES<br><br>Assigned to: Hon. Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO FURTHER EXTEND CLASS NOTICE DEADLINES UNTIL MAY 22, 2024 [143]** |

The Court, having read and considered the Stipulation and Request for Further Extension of the Class Notice Deadlines,, hereby orders that the below dates are now extended as follows:

    i.    <u>Mail Notice to Class Members Deadline</u>: May 22, 2024.

    ii.    <u>Right to Opt-Out and Object to the Settlement Deadline</u>: forty-five (45) days from May 22, 2024. This deadline shall be extended by 15 days in the event of a remailing of the Class Notice.

IT IS SO ORDERED.

Dated: May 20, 2024

                                                      Hon. Cormac J. Carney